UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ELVIN B. NIEVES,

                            Plaintiff,

vs.

C.O. BARKER; C.O. O'BRIEN; C.O. BAST;
C.O. FERLITO; C.O. METHINI; C.O. FREDERICK;
and C.O. LOCY,

                            Defendants.

**STIPULATION AND ORDER**

CASE No.: 9:24-CV-00983
AJB-ML

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys and/or representatives of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice and on the merits, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 8th, 2025

Elvin B. Nieves
Pro Se Plaintiff

Dated: July 8th, 2025

Paul G. Lyons, Esq.
SUGARMAN LAW FIRM, LLP
Attorneys for Defendants
211 West Jefferson Street
Syracuse, New York 13202
Telephone: (315) 474-2943

SO ORDERED:
Dated: July 28, 2025

Anthony J. Brindisi
U.S. District Judge